IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERRILYN RADER )
)
v. ) No. 3:04-1010
) JUDGE CAMPBELL
FLYING J COUNTRY MARKET, )
INC., et al. )

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 38). For the reasons stated in the Accompanying Memorandum, Defendants' Motion for Summary Judgment (Docket No. 38) is GRANTED and this case is DISMISSED.

Also pending before the Court is Unopposed Motion to Continue Trial (Docket No. 46). In light of the Court's ruling on Defendants' summary judgment motion, the Motion to Continue is moot.

Entry of this Order shall constitute final judgment in this matter and the Clerk is directed to close this file. Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE